7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Sean Anthony Randall
*Debtor*

*Bankruptcy Case No.*
12−30183−can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
13−03001−can

v.

**Mellisa Carr**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the plaintiff, Norman E. Rouse, have judgment against Mellisa Carr in the amount of $7,250.00; court costs in the amount of the Court filing fee of $293, plus interest at the legal rate from the date of this order



    Ann Thompson
    Court Executive

    By: /s/ Jamie McAdams
        Deputy Clerk

Date of issuance: 3/26/13

Court to serve